**COM.**

v.

**BUNDY, K.**

**1575 WDA 2016**

Superior Court of Pennsylvania.

09/27/2017

CP–17–CR–0000082–2013, CP–17–CR–0000085–2013, CP–17–CR–0000088–2013,

CP–17–CR–0000089–2013, CP–17–CR–0000384–2012 (Clearfield)

Affirmed